BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RICHELLE MARTINDALE,<br><br>      Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 2:13-cv-01743-CKD<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's Motion for Summary Judgment.  This is the first continuance sought by Defendant.  The current due date is April 21, 2014.   The new due date will be May 21, 2014.

     There is good cause for this request.  In approximately the last month, Defendant's counsel was assigned two new assignments in other jurisdictions that involved a shorter turnaround time.  One of the assignments was an Equal Employment Opportunity Commission matter that required action related to discovery.  Another was a reassigned Merit Systems Protection Board case requiring an Agency response to a petition for review, for which the original assigned attorneys were unavailable due to pre-approved leave for personal family

reasons and workload issues.  Although Defendant's counsel made a good faith request to the

Board for an extension to May (to fully familiarize herself with the extensive record and prepare

the response), the Board only partially granted her request and allowed a limited extension to

April, the same time this district court case brief is due.  In addition, Defendant's counsel has a

pending Ninth Circuit case responsive brief due in the next month, along with a regular full

workload of at least 8 other district court briefs.  Thus, Defendant's counsel is requesting

additional time up to and including May 21, 2014 to fully review the administrative record and

research the issues presented by Plaintiff's motion for summary judgment.

   The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.

                Respectfully submitted,


Date: April 17, 2014      LAW OFFICES OF LAWRENCE D. ROHLFING

                *s/ Vijay J. Patel by C.Chen\**
                (As authorized by email on 4/17/2014)
                VIJAY J. PATEL
                AttorneyS for Plaintiff

Date: April 17, 2014      BENJAMIN B. WAGNER
                United States Attorney

                By *s/ Carolyn B. Chen*
                CAROLYN B. CHEN
                Special Assistant U. S. Attorney

                Attorneys for Defendant


              ORDER

APPROVED AND SO ORDERED:

Dated:  April 22, 2014

            _____
            CAROLYN K. DELANEY
            UNITED STATES MAGISTRATE JUDGE